UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATIONAL FAMILY ASSURANCE GROUP, LLC, <br><br> Plaintiff, <br><br> v. <br><br> DLJ GSD, LLC, <br><br> Defendant. | Cause No. C21-0040RSL <br><br> ORDER DIRECTING ENTRY OF JUDGMENT |

This matter comes before the Court on plaintiff's "Motion for Default Judgment." Dkt. # 13. Default was entered against defendant on May 26, 2021. Having reviewed plaintiff's submission and the remainder of the record, the requested relief is GRANTED. The Clerk of Court is directed to enter judgment in the total amount of $163,949.94[1] against defendant and in favor of plaintiff. Plaintiff is entitled to post-judgment interest on the total judgment amount at a rate of .05% per annum from the date of this Order until the judgment is satisfied in full.

Dated this 27th day of May, 2021.

Robert S. Lasnik
United States District Judge

---

[1] Plaintiff requested, and is hereby awarded, $145,228.31 as the principal judgment amount, $2,381.63 in prejudgment interest, and $16,340.00 in attorney's fees and costs.

ORDER DIRECTING ENTRY OF JUDGMENT - 1